NOEMIE DUBAR HART, *ET AL.*, RESPONDENTS, v. AARON
  K. NEELD, DIRECTOR, *ETC.*, PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Joseph Jansen* for the petitioner.

*Mr. George F. Losche* for the respondents.

January 30, 1956.  Denied.

DENNIS PIRHER, PETITIONER-PETITIONER, v. BOARD
  OF PUBLIC WORKS OF SOUTH RIVER, *ET AL.*, RE-
  SPONDENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 37 *N. J. Super.* 482.

*Mr. David Roskein* and *Mr. Isidor Kalisch* for the peti-
tioner.

*Messrs. Burton & Seidman* for the respondents.

January 30, 1956.  Denied.